**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **MELCHOR CASAS,** | |
| Plaintiff, | 2006-CV-0034 |
| v. | |
| **WYATT VI, INC., and WYATT FIELD SERVICE COMPANY,** | |
| Defendants. | |

TO: Lee J. Rohn, Esq.
Charles E. Engeman, Esq.

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Stipulation For Dismissal (Docket No. 14).

Accordingly, it is now hereby **ORDERED**:

1. Stipulation For Dismissal (Docket No. 14) is **GRANTED**.

2. This matter, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), is **DISMISSED WITH PREJUDICE,** with each party bearing their own costs and fees.

ENTER:

Dated: June 25, 2008

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE